UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST CALVIN FLENTALL,

        Plaintiff,                                    Case No. 1:10-cv-161

v.                                                     Hon. Robert J. Jonker

NANCY LANGE, et al.,

        Defendants.
                                       /

## ORDER APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on December 1, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 1, 2011, is approved and adopted as the opinion of the Court.

        **IT IS FURTHER ORDERED** that Defendant Powell's Motion for Summary Judgment (docket # 89) be **GRANTED** and that this action be **DISMISSED**.

                                                                  /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2012